JS-6



# O R D E R

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LILLY MOLINA-SANCHEZ<br><br>    Plaintiff<br><br>vs.<br><br>LAURA ORDIN TRUST, LAURA ORDIN<br><br>    Defendants. | Case No. CV-12-6020-MWF (JEMx)<br>Assigned to Judge: Michael W. Fitzgerald<br>Action filed: July 12, 2012<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** |

    The parties, Plaintiff LILLY MOLINA-SANCHEZ and Defendant LAURA ORDIN, individually and as trustee of the LAURA ORDIN TRUST, through their respective attorneys, hereby stipulate as follows:

    1.    Plaintiff's entire complaint as captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice; and

///

2. All parties shall bear their own attorneys' fees and costs.

Dated: June 3, 2015

LAW OFFICE OF MAURI L. REESE

By: /s/ Mauri L. Reese
MAURI LYNN REESE
Attorney for Plaintiff

Dated: June 3, 2015

HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: /s/ Edward R. Leonard
EDWARD R. LEONARD
DEREK A. EARLEY
Attorneys for Defendant
LAURA ORDIN, individually and as trustee of the LAURA ORDIN TRUST

IT IS SO ORDERED.

Dated: July 1, 2015

By: /s/ Michael W. Fitzgerald
THE HONORABLE MICHAEL W. FITZGERALD
Judge of the United States District Court
for the Central District of California